**Daniel ZONTEK, Thomas Mance, Robert F. Borgo, John Hoffner, Roy E. Eisaman, Robert W. Zentner, Bernard H. Mulvihill, Don Ewing, Joseph Mahkovec and Larry Chrzan, Appellants,**

v.

**Robert W. BROWN, Dennis C. Harrington, James M. Howley, Helena G. Hughes, Dr. G. Sieber Pancoast, Daneen E. Reese and the State Ethics Commission.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Feb. 15, 1994.

William S. Ferraro, John M. Campfield, Greensburg, for Zontek, et al.

Calvin R. Koons, Sr., for Atty. General's Office.

Vincent J. Dopko, for State Ethics Com'n.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order affirmed. *See West Shore School Dist. v. Pennsylvania Labor Relations Bd.,* 534 Pa. 164, 626 A.2d 1131 (1993).

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.